James R. LOCKE v. UNITED STATES of America.

No. 8983.

Circuit Court of Appeals, Sixth Circuit.

June 4, 1941.

Linsey, Shivel, Phelps & Vander Wal, of Grand Rapids, Mich., and James R. Locke, of Grand Haven, Mich., for appellant.

Jos. F. Deeb, U. S. Atty., of Grand Rapids, Mich., for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss appeal has been filed by appellee, accompanied by certificate of the clerk of the District Court as required

by rule 19, on consideration whereof, it is now here ordered that the appeal be and the same is docketed and dismissed, costs to be charged against the Government as constructive earnings.